Form 1-1

FORM 1

UNITED STATES COURT OF INTERNATIONAL TRADE

| Home Depot USA Inc., |
|---|
| Plaintiff, |
| v. |
| UNITED STATES, |
| Defendant. |

**S U M M O N S**

Ct. No. 23-00115

**TO**:   The Attorney General and the Secretary of Homeland Security:

**PLEASE TAKE NOTICE** that a civil action has been commenced pursuant to 28 U.S.C. § 1581(a) to contest denial of the protest specified below (and the protests listed in the attached schedule).



/s/ Mario Toscano
Clerk of the Court

## PROTEST

| Port of Entry: | Newark | Center (if known): | Consumer Products and Mass Merchandising |
|---|---|---|---|
| Protest Number: | 1704-15-100197 | Date Protest Filed: | March 4, 2015 |
| Importer: | Home Depot USA Inc. | Date Protest Denied: | December 19, 2022 |
| Category of Merchandise: | Toilets | | |

### ENTRIES INVOLVED IN ABOVE PROTEST

| Entry Number | Date of Entry | Date of Liquidation | Entry Number | Date of Entry | Date of Liquidation |
|---|---|---|---|---|---|
| 23169416553 | 12/30/2013 | 11/14/2014 | FAF22222240 | 1/22/2014 | 1/16/2015 |
| 23169430885 | 1/8/2014 | 11/21/2014 | | | |

Port Director
U.S. Customs and Border Protection
Port of Newark
1210 Corbin St.
Elizabeth, NJ 07201

William R. Rucker
Faegre Drinker Biddle & Reath
320 S. Canal Street, Ste. 3300
Chicago, IL 60606-5707
(312) 569-1000
randy.rucker@faegredrinker.com

Form 1-2

**CONTESTED ADMINISTRATIVE DECISION**

| | Appraised Value of Merchandise | |
|---|---|---|
| | Statutory Basis | Statement of Value |
| Appraised: | | |
| Protest Claim: | | |

| Classification, Rate or Amount | | | | |
|---|---|---|---|---|
| | Assessed | | Protest Claim | |
| Merchandise | Tariff Classification | Rate | Tariff Classification | Rate |
| Toilets | 6910.10.0010<br>6910.10.0050 | 5.8% | 9817.00.96 / 6910.10.0010<br>9817.00.96 / 6910.10.0050 | Free |

**Other**

State Specifically the Decision [as Described in 19 U.S.C. § 1514(a)] and the Protest Claim:

Classification - the subject merchandise is properly classified under HTSUS subheadings 9817.00.96 / 6910.10.0010 or 9817.00.96 / 6910.10.0050

The issue which was common to all such denied protests:

The identified tariff classification issue was common to all denied protests.

Every denied protest included in this civil action was filed by the same above-named importer, or person authorized under 19 U.S.C. § 1514(c)(2). The category of merchandise specified above was involved in each entry of merchandise included in every such denied protest. The issue or issues stated above were common to all such denied protests. All such protests were filed and denied as prescribed by law. All liquidated duties, charges or exactions have been paid.

_____/s/ William R. Rucker_____
*Signature of Plaintiff's Attorney*

_____June 6, 2023_____
*Date*